| | |
|---|---|
| 1 | |
| 2 | Jennifer Lynch (SBN 240701)<br>*jlynch@eff.org*<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993 |
| 3 | |
| 4 | |
| 5 | |
| 6 | David L. Sobel *(pro hac vice pending)*<br>*sobel@eff.org*<br>ELECTRONIC FRONTIER FOUNDATION<br>1818 N Street, N.W.<br>Suite 410<br>Washington, DC  20036<br>Telephone: (202) 797-9009 x104<br>Facsimile: (202) 707-9066 |
| 7 | |
| 8 | |
| 9 | |
| 10 | Attorneys for Plaintiff<br>ELECTRONIC FRONTIER FOUNDATION |
| 11 | |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>THE OFFICE OF THE DIRECTOR OF<br>NATIONAL INTELLIGENCE,<br><br>  Defendant. | CASE NO. 11-CV-4790 LB<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

## PROOF OF SERVICE

I, Stephanie Shattuck, do hereby affirm that I am over the age of 18 years and not a party to the within action. My business address is 454 Shotwell Street, San Francisco, California 94110.

On September 28, 2011, I served the following documents:

- Complaint for Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552
- Summons in a Civil Action
- Local Rules for the Oakland Divisional Office of the United States District Court
- ECF Registration Information Handout
- Order Setting Initial Case Management Conference and ADR Deadlines

on the person(s) below as follows:

X     By United States Registered Mail- I enclosed the documents in a sealed envelope addressed to:

Office of the Director of National Intelligence
Washington, D.C. 20511

and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident of the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on October 17, 2011.

*Stephanie Shattuck* (signature)
Stephanie Shattuck