Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W.
Suite 410
Washington, DC 20036
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | CASE NO. 11-CV-4790 LB |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| THE OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | |
| Defendant. | |

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

## PROOF OF SERVICE

I, Stephanie Shattuck, do hereby affirm that I am over the age of 18 years and not a party to the within action. My business address is 454 Shotwell Street, San Francisco, California 94110.

On September 28, 2011, I served the following documents:

- Complaint for Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552
- Summons in a Civil Action
- Local Rules for the Oakland Divisional Office of the United States District Court
- ECF Registration Information Handout
- Order Setting Initial Case Management Conference and ADR Deadlines

on the person(s) below as follows:

X   By United States Registered Mail- I enclosed the documents in a sealed envelope addressed to:

Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident of the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on October 17, 2011.

*Stephanie Shattuck*
Stephanie Shattuck

PROOF OF SERVICE OF SUMMONS AND COMPLAINT