Jennifer Lynch (SBN 240701)
jlynch@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice pending)*
sobel@eff.org
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W.
Suite 410
Washington, DC 20036
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>THE OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendant. | CASE NO. 11-CV-4790 LB<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

JENNIFER LYNCH (SBN 240701)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : ELECTRONIC FRONTIER FOUNDATION
Defendant : THE OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE

Ref#: 298496        *    **PROOF OF SERVICE**    *   Case No.: CV 11 4790 LB

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552; LOCAL RULES FOR THE OAKLAND DIVISIONAL OFFICE OF THE UNITED STATES DISTRICT COURT; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in the within action by personally delivering true copies thereof to the person named below, as follows:

  Party served    : OFFICE OF THE UNITED STATES ATTORNEY

  By serving      : Elsie Sato, Paralegal

  Address         : Office of the US Attorney
                    450 Golden Gate Avenue, 9th Floor
                    San Francisco, CA 94102

  Date of Service: September 28, 2011

  Time of Service: 11:50 AM

Person who served papers:
CHRIS SPARKS
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $120.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1068
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 30, 2011              Signature _____