TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER, FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>THE OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendant. | Civil Action No. 11-cv-04790 (LB)<br><br>**NOTICE OF APPEARANCE** |

Defendant hereby enters the appearance of Nicholas Cartier, a Trial Attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, as counsel for Defendant in this action.

*Cartier Notice of Appearance - Civ. Action No. 11-04790*

| | |
|---|---|
| Dated: October 28, 2011 | Respectfully Submitted, |

TONY WEST
Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Nicholas Cartier
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
Washington, DC 20044
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov

*Attorneys for Defendant*

*Cartier Notice of Appearance - Civ. Action No. 11-04790*